# EXHIBIT 2

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-004946**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **FARMER, JASON VS. UNITED PARCEL SERVICE CO ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is UNITED PARCEL SERVICE CO

The Commonwealth of Kentucky to Defendant:
**UNITED PARCEL SERVICE CO**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Davis L. Nicholson
Jefferson Circuit Clerk
Date: **7/16/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00001073041
CIRCUIT: 24-CI-004946 Certified Mail
FARMER, JASON VS. UNITED PARCEL SERVICE CO ET AL



Page 1 of 1

*Presiding Judge: HON. MELISSA LOGAN BELLOWS (630454)*
*CI : 000001 of 000001*

NOT ORIGINAL DOCUMENT
08/08/2024 11:42:54 AM
TRENT.TAYLOR@DINSMORE.C

eFiled

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **24-CI-004946**<br>Court: **CIRCUIT**<br>County: **JEFFERSON Circuit** |

NOT ORIGINAL DOCUMENT
08/08/2024 11:43:16 AM
TRENT.TAYLOR@DINSMORE.C

*Plantiff,* **FARMER, JASON VS. UNITED PARCEL SERVICE CO ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
       **421 WEST MAIN STREET**
       **FRANKFORT, KY 40601**

Memo: Related party is UNITED PARCEL SERVICE INC

The Commonwealth of Kentucky to Defendant:
**UNITED PARCEL SERVICE INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **7/16/2024**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Presiding Judge: HON. MELISSA LOGAN BELLOWS (630454)

CI : 000001 of 000001

Summons ID: @00001073042
CIRCUIT: 24-CI-004946 Certified Mail
FARMER, JASON VS. UNITED PARCEL SERVICE CO ET AL



Page 1 of 1

eFiled



**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
08/08/2024 11:43:33 AM
TRENT.TAYLOR@DINSMORE.C

| Case #: **24-CI-004946** | Envelope #: **8356474** |
|---|---|
| Received From: **SAMUEL HAYWARD JR.** | Account Of: **SAMUEL HAYWARD JR.** |
| Case Title: **FARMER, JASON VS. UNITED PARCEL SERVICE CO ET AL** | Confirmation Number: **184789586** |
| Filed On **7/16/2024   9:39:16AM** | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 3 | Money Collected For Others(Postage) | $36.20 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Library Fee | $3.00 |
| 6 | Civil Filing Fee | $150.00 |
| 7 | Charges For Services(Copy - Photocopy) | $3.20 |
| 8 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $307.40 |

Filed  Case 3:24-cv-00460-CHB   Document 1-3   Filed 08/08/24   Page 5 of 8 PageID #: 28
       24-CI-004946        07/26/2024        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/08/2024 11:43:51 AM
TRENT.TAYLOR@DINSMORE.C

**UNITED STATES POSTAL SERVICE**

July 24, 2024

The following is in response to your request for proof of delivery on your item with the tracking number:
**9236 0901 9403 8369 7794 16.**

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | July 19, 2024, 8:16 am |
| Location: | FRANKFORT, KY 40601 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
|  | Return Receipt Electronic |
| Recipient Name: | CORPORATION SERVICE COMPANY |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: |  |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

This USPS proof of delivery is linked to the customers mail piece information on file
as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

NOT ORIGINAL DOCUMENT
08/08/2024 11:43:51 AM
TRENT.TAYLOR@DINSMORE.C

USPS MAIL PIECE TRACKING NUMBER: 42040601923609019403836977941 6
MAILING DATE: 07/16/2024
DELIVERED DATE: 07/19/2024
Custom 1: DriverId-8356474
Custom 2: PartyId-55893526
Custom 3: SummonsNum-@00001073042
Custom 4: CentralMailId-168996
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 07/16/2024 15:22 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 07/16/2024 16:42 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/19/2024 04:42 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 07/19/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 07/19/2024 08:16 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |



NOT ORIGINAL DOCUMENT
08/08/2024 11:44:08 AM
TRENT.TAYLOR@DINSMORE.C

August 1, 2024

The following is in response to your request for proof of delivery on your item with the tracking number:
**9236 0901 9403 8369 7793 79.**

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | July 22, 2024, 8:36 am |
| Location: | FRANKFORT, KY 40601 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| Recipient Name: | CORPORATION SERVICE COMPANY |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


This USPS proof of delivery is linked to the customers mail piece information on file
as shown below:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

COR : 000001 of 000002

Filed  Case 3:24-cv-00460-CHB  Document 1-3  Filed 08/08/24  Page 8 of 8 PageID #: 31
        24-CI-004946   08/02/2024           David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/08/2024 11:44:08 AM
TRENT.TAYLOR@DINSMORE.C

USPS MAIL PIECE TRACKING NUMBER: 42040601923609019403836977937 9
MAILING DATE:       07/16/2024
DELIVERED DATE:   07/22/2024
Custom 1: DriverId-8356474
Custom 2: PartyId-55893524
Custom 3: SummonsNum-@00001073041
Custom 4: CentralMailId-168994
Custom 5: Source County-JEFFERSON Circuit

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 07/16/2024 15:22 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 07/16/2024 16:42 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 07/17/2024 15:12 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 07/17/2024 16:27 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 07/18/2024 14:10 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 07/22/2024 05:15 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 07/22/2024 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 07/22/2024 08:36 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |