# EXHIBIT 3

COMMONWEALTH OF KENTUCKY
*ELECTRONICALLY FILED*

NO. 24-CI-004946                      JEFFERSON CIRCUIT COURT
DIVISION SEVEN (7)
HON. MELISSA LOGAN BELLOWS

JASON FARMER                                           PLAINTIFF

v.                        **NOTICE OF REMOVAL**

UNITED PARCEL SERVICE CO.

and

UNITED PARCEL SERVICE, INC.                          DEFENDANTS

\* \* \* \* \* \* \*

Please take notice that, on August 8, 2024, Defendants, United Parcel Service Co. and United Parcel Service, Inc., by and through counsel, removed this action to the United States District Court for the Western District of Kentucky. A complete, true, and correct copy of the corresponding Notice of Removal, without exhibits, is attached hereto as **Exhibit 1**.

Respectfully submitted,

*/s/ Trent A. Taylor*
Michelle L. Duncan
Trent A. Taylor
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
Facsimile: (502) 581-8111
michelle.duncan@dinsmore.com
trent.taylor@dinsmore.com
*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2024, the foregoing was filed with the Clerk of Court using the Court's electronic filing system, which will send notification of such filing to the following attorney(s) of record:

Samuel G. Hayward Jr.
401 West Main Street, Suite 1400
Louisville, Kentucky 40202
(502) 366-6456
*Counsel for Plaintiff*

                                                      */s/ Trent A. Taylor*
                                                      *Counsel for Defendants*